IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOBBY FRANCIS LOWRY,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA DEPARTMENT OF LABOR & INDUSTRY, MONTANA STATE ELECTRICAL BOARD; AND JOHN AND JANE DOES 1-10,<br><br>Defendants. | No. CV-25-66-H-JTJ<br><br>ORDER |

Plaintiff Bobby Francis Lowry (Lowry) filed a Complaint against Defendants Montana Department of Labor & Industry and Montana State Electrical Board (Defendants). (Doc. 1). On June 24, 2026, Defendants filed a Motion to Dismiss (Motion) and a brief in support. (Docs. 10 and 11).

On July 29, 2026, Defendants filed a "Notice of Submittal" indicating Lowry had failed to respond to Defendants' Motion. (Doc. 15). On August 6, 2026, Lowry filed a Motion for Extension of Time to file a Response. (Doc. 16). The Court granted Lowry until September 6, 2026, to respond to Defendants' Motion. (Doc. 17). Defendant did not comply with the Court's deadline. On September 23, 2026, Defendants filed a "Supplemental Notice of Submittal and Request for Ruling on Defendants' Motion to

Dismiss." (Doc. 21).

Rule 7.1(d)(1)(B)(ii) provides that Lowry's "failure to file a response brief may be deemed an admission that the motion is well taken." The Court deems Lowry's failure to respond as an admission that Defendants' Motion is well taken.

Accordingly, IT IS ORDERED:

1. Defendants' Motion to Dismiss (Doc. 10) is GRANTED.
2. This action is DISMISSED WITHOUT PREJUDICE.
3. The Clerk is directed to close this case.

DATED this 1st day of October 2026.

John Johnston
United States Magistrate Judge